RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/13/09

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RICKY HODGE** | : | **CIVIL ACTION NO. 09-cv-701** |
| **VS.** | : | **JUDGE HAIK** |
| **SAM CRAFT, ET AL** | : | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

THUS, DONE AND SIGNED in chambers at Lafayette, Louisiana, this 13 day of October, 2009.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE